UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| LAURA ANN OLIVER, | ) | Case No. 13-40181 |
| | ) | |
| Debtor. | ) | Judge Diehl |
| | ) | |

OBJECTION TO CONFIRMATION OF
DEBTOR'S FIRST AMENDED CHAPTER 13 PLAN

Hawks Farm Home Owners Association, Inc. ("Hawks") hereby objects to confirmation of Debtors' First Amended Chapter 13 Plan as follows:

1. On February 1, 2013, Debtor filed her First Amended Chapter 13 Plan (the "Plan"). (Doc. No. 7.)

2. Debtor's Plan fails to include payment of debt owed to Hawks on account of homeowners association dues. While Debtor failed to schedule the debts owed to Hawks, Hawks is a secured creditor of Debtor by virtue of the filing of the liens, which are attached hereto as Exhibit A. Thus, Debtor's Plan violates 11 U.S.C. § 1325(a)(5).

3. Debtor's Plan also fails to include payment of quarterly expenses in the amount of $400.00 due to Hawks for homeowners association dues.

4. Accordingly, Hawks respectfully requests that the Court deny confirmation of Debtor's Plan.

[SIGNATURE ON FOLLOWING PAGE]

This 22nd day of April, 2013.

        Respectfully submitted,

        **MORRIS, MANNING & MARTIN, LLP**

        By:  /s/ Lisa Wolgast_____

3343 Peachtree Road, N.E.        Lisa Wolgast
Suite 1600        Georgia Bar No. 773399
Atlanta, Georgia 30326
(404) 233-7000        *Attorneys for Hawks Farm Home Owners Association, Inc.*

- 2 -

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**ROME DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| LAURA ANN OLIVER, | ) | Case No. 13-40181 |
| | ) | |
| Debtor. | ) | Judge Diehl |
| _____ | ) | |

**CERTIFICATE OF SERVICE**

I certify that I have this day served a true and correct copy of the within and foregoing

**OBJECTION TO CONFIRMATION OF DEBTOR'S FIRST AMENDED CHAPTER 13**

**PLAN** upon:

Laura Ann Oliver
27 Hawks Farm Rd
White, GA 30184

Brian R. Cahn
Perrotta Cahn & Prieto, P.C.
5 S. Public Square
Cartersville, GA 30120

Mary Ida Townson
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

U.S. Trustee
Office of the United States Trustee
75 Spring Street, SW, Room 362
Atlanta, GA 30303

by mailing a copy of same via United States Mail with sufficient postage to ensure delivery.

This 22nd day of April, 2013.

By:  /s/ Lisa Wolgast_____
     Lisa Wolgast
     Georgia Bar No. 773399

*Attorneys for Hawks Farm Home Owners Association, Inc.*

- 3 -