# EXHIBIT A

Case 13-40181-mgd    Doc 47-1    Filed 04/22/13    Entered 04/22/13 10:07:53    Desc
Exhibit A    Page 1 of 4

```
DOC# 009361
FILED IN OFFICE
08/13/2009  01:36 PM
BK:118  PG:265-265
GARY BELL
CLERK OF SUPERIOR
COURT
BARTOW COUNTY
```

please return to:

Lakeside at Hawks Farm Homeowners Association, Inc.

C/O Association Management Group
4780 Ashford Dunwoody Road A115
Atlanta GA  30338

STATE OF GEORGIA

COUNTY OF BARTOW

## LIEN

Lakeside at Hawks Farm Homeowners Association, Inc., a Georgia non-profit corporation, pursuant to and in accordance with the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision ("Declaration") filed in the office of the Clerk of the Superior Court of Bartow County, Deed Book 1370, Page 0145 et seq.; and pursuant to and in accordance with Georgia law, claim a lien on the following described real property, to wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 7 OF THE 22TH DISTRICT, BARTOW COUNTY, GEORGIA, AND BEING LOT 149 LAKESIDE AT HAWKS FARM SUBDIVISION, AND COMMONLY KNOWN AS 27 HAWKS FARM LANE, WHITE GEORGIA, 30184

owned by LAURA & LINDSAY OLIVER in the amount of THREE THOUSAND FIVE HUNDRED NINETY THREE DOLLARS AND NINETY CENTS ($3,593.90) for unpaid Annual Assessments and late fees. Additional costs may be assigned to the extent that the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments so provides including; interest, costs of collection, court costs, and reasonable attorney's fees.

The filing of this lien is to evidence the continuing lien granted to the foregoing Association under the Declaration of Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments, and shall not operate to change, amend, revise, jeopardize, alter, or otherwise affect the rights granted to the Association by Georgia law and the instruments (Declaration and Bylaws) of the Lakeside at Hawks Farm Homeowners Association, Inc. This the 10th day of August 2009.

_Michael J Brooks_
Mike Brooks, President HOA

For Lakeside at Hawks Farm Homeowners
Association, Inc.

please return to:

Lakeside at Hawks Farm Homeowners Association, Inc.

C/O Association Management Group
4780 Ashford Dunwoody Road A115
Atlanta GA 30338

STATE OF GEORGIA

COUNTY OF BARTOW

```
DOC# 012394
FILED IN OFFICE
12/29/2009   01:47 PM
BK:121    PG:402-402
GARY BELL
CLERK OF SUPERIOR
COURT
BARTOW COUNTY
```

**LIEN**

Lakeside at Hawks Farm Homeowners Association, Inc., a Georgia non-profit corporation, pursuant to and in accordance with the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision ("Declaration") filed in the office of the Clerk of the Superior Court of Bartow County, Deed Book 1370, Page 0145 et seq.; and pursuant to and in accordance with Georgia law, claim a lien on the following described real property, to wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 17 OF THE 21TH DISTRICT, BARTOW COUNTY, GEORGIA, AND BEING LOT 148 LAKESIDE AT HAWKS FARM SUBDIVISION, AND COMMONLY KNOWN AS 28 HAWKS FARM ROAD, WHITE GEORGIA, 30184

owned by LAURA & LINDSEY OLIVER in the amount of THREE THOUSAND NINE HUNDRED THIRTY NINE DOLLARS AND TWENTY CENTS ($3,939.20) for unpaid Annual Assessments and late fees. Additional costs may be assigned to the extent that the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments so provides including; interest, costs of collection, court costs, and reasonable attorney's fees.

The filing of this lien is to evidence the continuing lien granted to the foregoing Association under the Declaration of Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments, and shall not operate to change, amend, revise, jeopardize, alter, or otherwise affect the rights granted to the Association by Georgia law and the instruments (Declaration and Bylaws) of the Lakeside at Hawks Farm Homeowners Association, Inc. This the 17th day of December 2009.

Mike Brooks, President HOA

For Lakeside at Hawks Farm Homeowners Association, Inc.

please return to:

Lakeside at Hawks Farm Homeowners Association, Inc.

C/O Association Management Group
4780 Ashford Dunwoody Road A115
Atlanta GA 30338

STATE OF GEORGIA

COUNTY OF BARTOW

```
DOC# 012395
FILED IN OFFICE
12/29/2009    01:47 PM
BK:121   PG:403-403
GARY BELL
CLERK OF SUPERIOR
COURT
BARTOW COUNTY
```

## LIEN

Lakeside at Hawks Farm Homeowners Association, Inc., a Georgia non-profit corporation, pursuant to and in accordance with the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision ("Declaration") filed in the office of the Clerk of the Superior Court of Bartow County, Deed Book 1370, Page 0145 et seq.; and pursuant to and in accordance with Georgia law, claim a lien on the following described real property, to wit:

ALL THAT TRACT OR PARCEL OF LAND LYING AND BEING IN LAND LOT 8 OF THE 22TH DISTRICT, BARTOW COUNTY, GEORGIA, AND BEING LOT 150 LAKESIDE AT HAWKS FARM SUBDIVISION, AND COMMONLY KNOWN AS 25 HAWKS FARM ROAD, WHITE GEORGIA, 30184

owned by LAURA & LINDSEY OLIVER in the amount of THREE THOUSAND NINE HUNDRED THIRTY NINE DOLLARS AND TWENTY CENTS ($3,939.20) for unpaid Annual Assessments and late fees. Additional costs may be assigned to the extent that the Declaration of Protective Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments so provides including; interest, costs of collection, court costs, and reasonable attorney's fees.

The filing of this lien is to evidence the continuing lien granted to the foregoing Association under the Declaration of Covenants, Restrictions and Easements for Lakeside at Hawks Farm Subdivision and all amendments, and shall not operate to change, amend, revise, jeopardize, alter, or otherwise affect the rights granted to the Association by Georgia law and the instruments (Declaration and Bylaws) of the Lakeside at Hawks Farm Homeowners Association, Inc. This the 17th day of December 2009.

Mike Brooks, President HOA

For Lakeside at Hawks Farm Homeowners
Association, Inc.